Allen Kronenberger, Esq. (SBN 297194)
 allen@thefriedfirm.com
THE FRIED FIRM
555 West 5th Street, Suite 34011
Los Angeles, CA 90013
Telephone: (213) 718-2679
Fax: (718) 228-7603

Attorney for Plaintiffs HELEN NADEL, and SOUND PLUS LLC

Wesley C.J. Ehlers (SBN 181537)
 wes@ehlerslawcorp.com
EHLERS LAW CORPORATION
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816
Telephone: (916) 442.0300
Fax: (916) 650.1039

Attorney for Defendants ANTHONY BUCHER, GRACIE PRODUCTIONS, and SEVEN13 MUSIC & ENTERTAINMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN NADEL, et al;<br><br>             Plaintiffs,<br>     v.<br><br>ANTHONY BUCHER, et al;<br><br>             Defendants. | Case No.: 8:17-CV-00355-SS<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; REQUEST FOR THIS COURT TO RETAIN JURISDICTION; AND [PROPOSED] ORDER |

1.     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs HELEN NADEL and SOUND PLUS LLC ("Plaintiffs") and Defendants ANTHONY

BUCHER, GRACIE PRODUCTIONS, and SEVEN13 MUSIC & ENTERTAINMENT ("Bucher Defendants") hereby file this joint stipulation.

2. Plaintiffs and Bucher Defendants have entered into a confidential settlement agreement, dated September 10, 2018, and fully executed on October 5, 2018,

3. Under the terms of the settlement agreement, the Parties are to perform certain acts over an agreed period of time.

4. The settlement agreement requires Plaintiffs to voluntarily dismiss without prejudice all claims against all defendants subject to this Court retaining jurisdiction over the action in order to enforce the settlement agreement.

5. Whereas, the Parties hereby request that this Court shall retain jurisdiction to the above action in order to enforce the terms of the Settlement Agreement pursuant to Court's entry of the attached order.

6. Upon full performance of the matters required under the settlement agreement (which is scheduled to occur on or before August 1, 2021), the Parties shall voluntarily dismiss with prejudice all claims against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

7. This dismissal pursuant to Fed. R. Civ. P. 41(a)(2) is without an award of attorney's fees, interest, or costs to any Party, as each side shall bear their own attorney's fees and costs.

1  NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that the above-captioned action should be dismissed without prejudice as to Defendants.

IT IS SO STIPULATED.

DATED: October 31, 2018              THE FRIED FIRM PLLC
                                     ALLEN KRONENBERGER
                                     555 West 5th Street, Suite 34011
                                     Los Angeles, CA 90013

                            By:      */s/Allen Kronenberger II, Esq*
                                     Allen Kronenberger #297194
                                     Attorney for Plaintiffs


DATED: October 31, 2018              EHLERS LAW CORPORATION
                                     WESLEY C.J. EHLERS
                                     2600 Capitol Avenue, Suite 300
                                     Sacramento, CA 95816

                            By:      */s/Wesley C.J. Ehlers Esq.*
                                     Wesley C.J. Ehlers #181537
                                     Attorney for Defendants ANTHONY
                                     BUCHER, GRACIE PRODUCTIONS,
                                     SEVEN13 MUSIC & ENTERTAINMENT