JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HELEN NADEL, et al;                              8:17-CV-00355-JVS(SSx)

          Plaintiffs,

v.

ANTHONY BUCHER, et al;

          Defendants.

## ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that Plaintiffs HELEN NADEL and SOUND PLUS LLC and that Defendants ANTHONY BUCHER, GRACIE PRODUCTIONS, and SEVEN13 MUSIC & ENTERTAINMENT have stipulated to request the dismissal of the action without prejudice on the condition that this Court retain jurisdiction to the action to enforce the Settlement Agreement.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. This Court hereby considers the joint-stipulation proper, and

shall retain jurisdiction over this matter to enforce the terms of the October 5, 2018, Settlement Agreement, and dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

**IT IS SO ORDERED**

DATED: October 31, 2018_____

UNITED STATES DISTRICT COURT JUDGE